IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> LOCUST MEDICAL, LLC, <br><br> Defendant. | No. 4:22-CV-00424 <br><br> (Chief Judge Brann) |

## ORDER

### OCTOBER 28, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Locust's Motion to Strike the Class Allegations (Doc. 9) is **DENIED**; and

2. Locust shall file a responsive pleading or permissible motion in accordance with Federal Rule of Civil Procedure 12.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge