**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| GERARD JACKSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>LOCUST MEDICAL, LLC<br><br>Defendant | : | Case No. 4:22-CV-00424-MWB<br>Hon. Matthew W. Brann |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day, November 15, 2022, caused a copy of the foregoing Answer to be served upon all counsel of record through this Court's electronic filing system

DE BOEF LUCCHESI, PC

By: /s/ Faith M. Lucchesi_________

Faith M. Lucchesi, PA ID No. 86323
De Boef Lucchesi, PC
1402 S. Atherton Street
State College, PA 16801
Voice: (814) 231-4050
Faith@DLASC.com