DE BEOF LUCCHESI, P.C.
Faith M. Lucchesi, Esq.
1402 S. Atherton Street
State College, PA 16801
814-231-4050
Faith@dlasc.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated, | : | Case No. 4:22-CV-00424-MWB |
| Plaintiff, | : | Hon. Matthew W. Brann |
| v. | : | |
| LOCUST MEDICAL, LLC | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposition to Plaintiff's Motion For Leave To File First Amended Complaint has been served upon all counsel of record thorough the Court's EM/ECF system.

By: /s/ Faith M. Lucchesi
*Counsel for Defendant*