## Marketing Services Agreement Terms and Conditions:

This agreement, ("Agreement") is entered into by and between **Locust Medical, LLC** (Located at: 213 Temple St. Hinton, WV 25951), ("The CLIENT"), and **Central Tact**, ("The MARKETER"), and sets forth the standard terms and conditions which will govern the purchase of marketing services by the Client from the Marketer.

This agreement shall commence on: 11/1/2021 ("Effective Date") and run for an initial term of one (1) year (s) unless terminated by the parties indicated below. At the end of the initial term, this Agreement shall automatically be renewed for subsequent one (1) year terms, unless otherwise terminated by the parties as indicated below. This Agreement may be terminated without cause at any time by either party giving to the other party written notice of its intent to terminate not less than thirty (30) calendar days prior to the termination date unless there is a major contract violation. In addition, during the initial thirty (30) calendar days following the date of this Agreement, either party may terminate this Agreement without cause on five (5) business days prior written notice.

CENTRAL TACT shall perform a specialty marketing program to generate raw leads for the Client. A raw lead shall mean a lead has initiated contact to receive more information on the services mentioned in this Agreement. All raw leads are billable on a take all basis unless otherwise stated under the Campaign Description of this Agreement.

A "Raw Lead" shall consist of either the name, address or telephone number of an individual who (i) has indicated that he/she has a need for the durable medical equipment and supplies stated in this Agreement, (ii) has affirmatively given his/her consent in writing, (this includes inbound calls and electronic signatures) to be contacted by telephone about receiving Products, but who has made no commitment to purchase Product. A raw lead is neither a customer nor necessarily an individual qualified to be a customer of the Client. Raw leads are not referrals and CENTRAL TACT makes no representation or warranty that any leads will ever seek to purchase products or services from the Client or will ever be a customer of the Client.

All Raw leads shall affirmatively consented in writing or recorded discussion to be contacted by telephone by a DME supplier specializing in the Products. CENTRAL TACT shall maintain Lead consent records in the form of written consents, (if online consent form, including IP address and date/ timestamp) and/ or indexed oral recordings and provide them to the Client upon request.

Client shall be obligated to pay compensation for any Leads provided by CENTRAL TACT as designated by Campaign details of this Agreement. Such compensation shall be due and owing regardless of whether or not the Client makes contact with or sells Products to any particular Leads. The compensation rate for Leads will not change or be adjusted during the Agreement Term. Compensation is for hourly services provided. CENTRAL TACT does not associate with the clinician groups or tele-med companies in any way. CENTRAL TACT will perform IT services according to all Medicare rules and regulations in a HIPPA compliant way.

CENTRAL TACT shall not bill the Client, nor shall Client be obligated to pay for any Invalid or Duplicate Leads, as per Campaign details of this Agreement. Any Invalid Lead shall be defined as (a), any incomplete Lead that does not meet the Lead criteria; or (b) any Lead that has an invalid phone number or undeliverable address. A Duplicate Lead shall be defined as any Lead delivered by CENTRAL TACT in duplicate. For each purchased, delivered Lead later to be found Invalid or Duplicate by Client, CENTRAL TACT agrees to provide a replacement lead at no extra cost to Client, provided the Client reports it within the timeline defined in Campaign Details section of this Agreement.

____________initials

**Payment Terms**: Client is purchasing the raw leads based on the Campaign Details Section of this Agreement. CENTRAL TACT shall be paid for the Services pursuant to the rate set forth in the Insertion Order. Payment shall be due from Client on Net '7' terms, prior to start of campaign.

**Penalties for Non-Payment**: If any invoice is not paid by The Client within five (5) days of the date of such invoice, CENTRAL TACT may suspend its performance under the Insertion Order without liability or penalty at its sole discretion.

**Representations and Warranties**: The Parties represent and warrant that (i) they are companies duly organized and in good standing within their respective jurisdictions (ii) this Agreement has been duly authorized, executed and delivered; and (iii) this Agreement, when executed does not violate any existing agreements to which the Parties are otherwise bound.

CLIENT represents that it shall have the sole authority and responsibility for ensuring the appropriate prescriptions, authorizations or physician orders for Products. Client further warrants:

That it has not been excluded or sanctioned from participation in any federal or state health care program;

That it is duly accredited and enrolled in the Medicare program (if applicable);

**Limitation of Liability & Indemnification**: Each Party (the "Indemnifying Party") agrees to indemnify and hold the other Party, its officers, directors, employees, shareholders, agents, affiliated entities, successors and permitted assigns (each, an "Indemnified Person"), harmless from and against any and all demands, claims, causes of action, losses, damages, liabilities, costs, suits and expenses (including, without limitation, reasonable attorneys' fees and expenses) that may be suffered or incurred by any Indemnified Person, resulting from the Indemnifying Party's negligence or willful misconduct, any breach of the Indemnifying Party's representations and warranties, any material breach or non-fulfillment in the performance of the Indemnifying Party's covenants and agreements or any act or omission by an agent or independent contractor of the Indemnifying Party in connection with the performance of the Indemnifying Party's covenants and agreements hereunder.

**Binding Effect:** The provisions of this Agreement shall be binding upon and accrue to the benefit of the Parties and their respective heirs, legal representatives, successors and assigns. Neither Party shall assign this Agreement without the express written consent of the other Party.

**Amendment:** Only a written instrument signed by the Parties hereto may amend this Agreement.

**Lead Origin:** The marketer agrees and fully understands that all "leads" will originate and be generated within their physical company. Marketer agrees that purchasing outside leads from another marketing company to resell to client cannot be accepted and will immediately violate the terms of this agreement.

**Chargebacks:** The marketer agrees and understands under DMEPOS 30 regulations that patients have the right to refuse and return orders for up to 30 days. Marketer understands that any items refused or returned within 21 days will result in a chargeback. This also includes shipments to invalid addresses and skilled nursing facilities where items cannot be delivered.

**Applicable Law**: This agreement is governed by the laws of the State of Florida.

**Enforcement**: The failure of either Party to insist upon strict performance of a provision or to exercise any right hereunder shall not be construed as a waiver of such Party's right to rely on such provision or assert any such right in that or any other instance.

**Survival**: All terms and provisions hereof which should by their nature survive the expiration or earlier termination of this Agreement shall so survive.

**Counterparts**: This Agreement may be executed in counterparts, each of which shall be deemed one and the same instrument. A facsimile transmission of this Agreement bearing a Party's signature shall be legal and binding on such party

**Severability:** The invalidity or illegality of any portion of this Agreement shall not affect the validity or legality of any other provisions.

________________Initials



**Relationship:** Neither Party shall be or represent itself to be an agent, employee or joint venture of the other, nor shall either Party have or represent itself to have any power or authority to act for, bind or commit the other.

**Notices:** All notices and other communications provided from herein shall be in writing and shall be deemed to have duly given if delivered by hand or sent by registered or certified mail, to the Party to whom it is directed.

The signing of this IO represents that He / She has read and agreed the before mentioned Terms and Conditions and has authority to bind the Client as set forth above.

CLIENT: Locust Medical, LLC

Signature:________________________________________

Printed Name: George Spadaro

Title: President

Date: 11/1/2021

Marketer: CENTRAL TACT

Signature:__________________________________________

Title: owner

Date: 11/1/2021

# CAMPAIGN DETAILS

Geographic Target: US Nationwide- (Excluding DME MAC JURISDICTION JD and states: GA, AL, & CT-(until further notice)

Other Geographical Info: ORO3 approved states and ORO 2 approved states as supplied

Demographic Target: 65-84 years of age

Lead Type: Raw Web based Opt-in or television Ad campaign / Consumer initiated

Criteria: Opted in to receive information on durable medical equipment

Answered yes on Web form to be contacted by phone to receive information

Consumer issue: Back pain, Knee pain, Shoulder pain, Wrist pain, Elbow pain and ankle pain

Product interest: Orthotics

Delivery Method: Google Sheets

Campaign: 52 weeks beginning: 11/1/2021 through 11/1/2022

Campaign Project weekly volume TBD – (starting with 60)

Hourly rate per lead: $25 per hr.

Maximum billable rate per lead: 4 hours or $100

Please note we do not accept HMO's or PPO's at this time. (will update when accepting soon)

Client: Locust Medical, LLC

Signature:___________ _________

Name: George Spadaro

Title: President

Date: 10/25/2021

Marketer: CENTRAL TACT

Signature:______ ___ __________ __________________

Name: Kevin Moore

Title: owner

Date: 11/1/2021