```
SELECT phone1,firstname,last[illegible]e,[illegible],da[illegible]
FROM leads
WHERE phone1 ='8148760466'
```

Exh. 4

sult Grid | Filter Rows: | Export: | Wrap Cell Content:

| phone1 | firstname | lastname | address1 | city | state | zip | ipaddress | datetime | url |
|---|---|---|---|---|---|---|---|---|---|
| 8148760466 | Gerard F | Jackson | 216 HICKORY RD | STATE COLLEGE | PA | 16801 | 71.58.215.104 | 2021-11-29 13:18:33 | medicareplar |