Call now for a Quote from a Licensed Insurance Agent
800-536-5766 TTY:711
We are available Mon-Fri 8 am – 8 pm EST

# Terms of Use

## Last Updated: August 14, 2017

**About This Agreement**

Welcome to this Blip Marketing website. We want you, the consumer, to be familiar with your rights and obligations relating to use of our websites and services as well as our promises to you. You should carefully review all the terms below. Here are a few important points:

We take your privacy very seriously. See our Privacy Policy.
By taking action to request information, accept terms, or submit information, you are consenting to certain contact from Blip Marketing and our partners.(Section 2)
Blip Marketing is not liable for your activities and makes no warranties with respect to our sites. (Section 10)
You agree to arbitrate in your individual capacity if there is a dispute between us. (Section 14)
Please do not hesitate to contact us if you have questions or need help.

**1. About These Terms of Use.**

Torchlight Technology Group LLC d/b/a Blip Marketing ("Blip Marketing", "we", "us" or "our"), operates several websites, including this website (each a "Site" and collectively, the "Sites"). By using or accessing this Site, a mobile application of this Site, or any of the Site's Content (as defined below), you acknowledge that you agree to and are subject to the following terms and conditions of service (the "Terms"). The Terms constitute a legally binding agreement between you and Blip Marketing as the owner or operator of the Site. You covenant, represent and warrant that you have any and all authorizations as may be necessary to enter into this agreement and that your use of the Site, including provision or use of any Content (defined below), does not violate any applicable law. If you are using the Site on behalf of an employer or other entity, you represent and warrant that you have the authority to bind such entity to the Terms. You must be a resident of the United States (including its territorial possessions) and at least eighteen (18) years of age to access and use the Site. These provisions form an essential basis of our bargain.

If you do not agree to these Terms, you are not authorized to access or use the Site or the services offered on the Site. Stop using any services and exit the Site.

Because we provide a wide range of services, we may ask you to review and accept supplemental terms that apply to a specific product, service, or app. To the extent those supplemental terms conflict with the Terms, the supplemental terms associated with the product, service, or app govern with respect to your use of such product, service, or app to the extent of the conflict.

**Notice Regarding Dispute Resolution: These Terms contain provisions that govern how disputes between you and Blip Marketing are resolved, including an agreement to arbitrate, which will, with limited exception, require you to submit claims you have against us to binding and final arbitration and limit you to claims against Blip Marketing on an individual basis.**

**2. Consent and Privacy.**

By clicking on any button indicating an acceptance or agreement to terms, a continuance of processing, a request for quotes or additional information or any other submission ("submission"), you understand that you are agreeing to the stated terms and conditions of that submission and that you are submitting an inquiry as to insurance or another product or service through Blip Marketing to insurance agents and companies and other third parties who are customers of our Site, such as marketing partners (each, a "Provider"), to whom your inquiry is transmitted. The inquiry is about quotes for health insurance or another product or service. By including your telephone number and email address in any submission, you are extending an express invitation and providing your express written consent to Blip Marketing and to each and every Provider you have been matched with (i) to contact you by telephone at the numbers you have provided (including through auto-dialed, pre-recorded, artificial voice and/or text messages) so they may assist you with your transaction and you hereby consent to any such calls or texts even if your phone number is on any corporate, state or national Do Not Call list or registry, or (ii) to contact you by email at any email address you provided. You are not required to provide your consent to be contacted in order to purchase or receive goods or services, however. For SMS and MMS text messaging, message and data rates imposed by your mobile data provider may apply. You represent that all of the information you have provided in your submission is true and complete. By submitting information on an insurance request form or similar form on our Site, you authorize us to provide such information to Providers in order to help you complete your inquiry (including providing you with information about other products or services in which you have expressed an interest). Additionally, where applicable (such as by submitting a request for health insurance), you authorize the Providers to verify the accuracy and authenticity of all information supplied by you, both internally and with the assistance of unaffiliated third parties or credit bureaus.

When you use the Site to make a submission, you agree to allow the Site, Blip Marketing, and our affiliates to add your telephone number and email address to our database of users. You may receive one or more marketing calls or emails from the Site, Blip Marketing and/or our affiliates. You may opt not to receive such marketing emails from us at any time. Please review our Privacy Policy for more information regarding our information collection practices and safeguards, and how to opt not to receive such emails. Your use of the Site signifies your acknowledgement of and agreement with our Privacy Policy, which is expressly incorporated into these Terms.

Please note that we may make and retain records documenting your digital interactions with our Sites. We may engage the services of outside vendors to help us perform this compliance activity.

**3. Our Services.**

PLEASE BE ADVISED THAT WE ARE NOT AN INSURANCE COMPANY, WE DO NOT PROVIDE MEDICAL SERVICES OR HEALTH CARE, NOR DO WE OFFER INSURANCE. We are not a Medicare Provider and we do not offer

Medicare Plans. Instead, the Site acts as a venue to allow Providers to offer insurance and other opportunities to consumers (each, a "Prospect"; all Prospects and Providers are referred to together as the Site's "users") who have visited one of our Sites or affiliated sites and given their information to be contacted by companies offering Medicare plans, health insurance or other products. We do not offer any products or services described on the Site, nor do we engage in other consumer financial transactions. DO NOT CANCEL ANY EXISTING INSURANCE UNTIL YOU RECEIVE WRITTEN CONFIRMATION FROM THE INSURANCE COMPANY TO WHICH YOU ARE APPLYING THAT YOUR NEW POLICY IS IN EFFECT.

We are not involved in the transaction between any Prospect and any Provider even though we may, through our Site or other affiliate sites, and with each Prospect's authorization, collect certain information (collectively, a "Lead") about any Prospect and sell such Lead to a Provider. Consequently, Blip Marketing is not responsible for any service-related issues you may experience or inquire about, such as problems receiving a quote for insurance, coverage questions, or problems managing payments. Any service issue is solely the responsibility of each user. We are an independent contractor for all purposes.

We are not responsible in any way for the conduct of any Prospect or Provider. We do not endorse or recommend any Providers, or companies offered by any Provider. We do not guarantee that any of the Providers to whom we forward any Prospect's information will contact such Prospect or agree to provide the Prospect with any form of help. The Providers that can connect you with health insurance or conditional offers may not respond with quotes or offers until they obtain additional information from you. Although Blip Marketing is compensated by Providers when we display advertisements for their products or services to you and/or when fill out and submit a form, we do not make any decisions in connection with the offers that may be offered to you. Any compensation from Providers is payment for our services, tools and facilities. Your use of the Site and/or the Service constitutes your agreement with this compensation arrangement. The Site and the products, services and opportunities provided or advertised on and through the Site may not be available in all states, and the availability of such services, products and opportunities offered on and through the Site may change from to time without notice. Blip Marketing does not guarantee any form of insurance or specific terms or conditions with any Provider. To help the government fight identity theft, the funding of terrorism and money laundering activities, and to help attempt to verify your identity, Providers may obtain, verify and record information that identifies each person who filled out a form. For example, they may ask for your name, Social Security Number or driver's license number, address, date of birth, and other important information, that will allow proper identification of you. During the Provider application process, the Provider may also ask for additional information.

**4. Personal Use.**
Although we do charge a fee to Providers to purchase Leads or information we gather from our Sites, and we may from time to time charge users fees for utilizing various other services that may now or in the future be provided by our Site, we do not charge users to access the public portions of our Site. Accordingly, we grant each user a limited, revocable, non-exclusive license to access the Site in order to, as applicable, view or make legitimate inquiries to us regarding our Service, all in accordance with these Terms. We further grant each Provider a limited, revocable, non-exclusive license to access the password-protected portions of the Site or the Service (as applicable) in accordance with these Terms or any written agreement between us and the Provider. Any other use of the Site or the Service is expressly prohibited. Importantly, this limited license does not include any right of collection, aggregation, copying, duplication, display or modification of the Site or the Service nor any right of use of data mining, robots, spiders or

similar data gathering and extraction tools without our prior written permission; provided, however, that a limited exception from the foregoing exclusion is provided to general purpose internet search engines and non-commercial public archives that use tools to gather information for the sole purpose of displaying hyperlinks to the Site, provided that they each do so from a stable IP address or range of IP addresses using an easily identifiable agent and comply with our robots.txt file.

**5. Proprietary Rights and Downloading of Information from the Site.**
The Site is protected by copyright as a collective work and/or compilation, pursuant to U.S. copyright laws, international conventions, and other copyright laws. The text, files, images, photos, maps and other materials on the Site and/or available through the Service (collectively, the "Content") are only for each user's personal use in accordance with the limited license grant contained herein or (in the case of Providers) also pursuant to any separate written agreement. All Content on the Site, and the Site itself, is protected by copyright and database rights, and you will abide by any and all additional copyright (or other proprietary) notices, information, or restrictions contained in or relating to any Content on the Site. Copying or storing of any Content other than for your personal, noncommercial use is expressly prohibited without the prior written permission from us or the applicable copyright holder. All trade and service marks and logos used on the Sites (including, without limitation, the Site's domain name) are the exclusive property of Blip Marketing or its licensors (as applicable), you may not copy or use them in any manner and all goodwill arising from the usage thereof shall inure to our (or our licensors', as applicable) sole benefit.

**6. Unauthorized Use.**
Unless otherwise provided within these Terms, or unless otherwise applicable law requires us to allow you to do so, you may not do any of the following without our prior written consent:

Copy reproduce, upload, post, display, republish, distribute, or transmit any part of the Content in any form whatsoever;
Reproduce any portion of the Site or the Service on your website or otherwise, using any device including, but not limited to, use of a frame or border environment or other framing technique, to enclose any portion or aspect of the Site or Service, or mirror or replicate any portion of the Site or Service;
Modify, translate into any language or computer language, or create derivative works from, any Content or any part of this Site or Service;
Reverse engineer any part of this Site or the Service;
Sell, offer for sale, transfer, or license any portion of the Site or Service in any form to any third parties;
Use any robot, spider, other automatic device, or manual process to monitor, copy, or keep a database copy of the Content or any portion of the Site or Service;
Use the Site other than to learn about our Service and to make legitimate inquiries to us regarding our Service;
Use the Site to create any false or fraudulent account or inquiry or engage in any fraudulent action;
Post or transmit any unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, indecent, inflammatory, sexually explicit, pornographic or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense, give rise to civil liability, or otherwise violate any law or for any other purpose that is unlawful or prohibited by these Terms;
Post or transmit any information that constitutes or contains false or misleading indications of origin or statements of fact;

Use or access the Site in any way that, in our sole discretion, adversely affects the performance or function of the Site or any other computer systems or networks used by us or the Site, or infringes on our copyright or any copyright of our Providers;

Violate, plagiarize or infringe the rights of third parties including, without limitation, copyright, trademark or patent rights, rights of publicity or privacy or any other proprietary rights;

Upload or transmit to the Site or use in connection with the Site any device, software or routine that contains viruses, Trojan horses, worms, time bombs, or other computer programming routines that may damage, interfere or attempt to interfere with, or in any way disrupt or intercept the normal operation of the Site, or appropriate the Site or any system, or take any action that imposes an unreasonable load on our computer equipment, systems or networks; or

Disguise the origin of any information or inquiry transmitted through the Site. If we believe that you are engaging in any activity through or in connection with the Site or the Service that appears to be in violation of the above, or in violation of any other provision of these Terms or a violation of applicable law or regulations, we may, without limiting our other rights and remedies, immediately terminate any further use of the Site or Service by you without notice.

**7. Changes to Site.**

We may change, remove, suspend or discontinue any aspect of the Site at any time, including the availability of any Site features, database, or Content, with or without notice. We may also impose limits on certain features or services or restrict your access to parts or all of the Site without notice to you or liability to us.

**8. Data Transmittal.**

Each user acknowledges and agrees that, regardless of such user's physical location, we may store and process any data transmitted to the Site from such user at locations both within and outside of the United States. By using the Site, you consent to the transfer of your information to the United States and agree that any transactions you conduct through the Site will be deemed to have occurred in the United States.

**9. Identity Verification.**

User verification on the Internet is difficult, and we cannot and do not confirm each user's purported identity. We encourage you to use appropriate caution with anyone with whom you may be doing business via the Site or the Internet, generally. When you give someone your online ID and online password, you are authorizing that person to access and use your account, and you are responsible for any and all transactions that person performs while using your account, even those transactions that are fraudulent or that you did not intend or want performed. EACH USER ACKNOWLEDGES AND AGREES THAT: (i) NEITHER BLIP MARKETING NOR ANY OF ITS AFFILIATES WILL HAVE ANY LIABILITY TO ANY USER FOR ANY UNAUTHORIZED TRANSACTION MADE USING ANY USER'S ONLINE ID AND PASSWORD THAT OCCURS BEFORE SUCH USER HAS NOTIFIED US OF POSSIBLE UNAUTHORIZED USE OF SUCH ONLINE ID AND PASSWORD AND WE HAVE HAD A REASONABLE OPPORTUNITY TO ACT ON THAT NOTICE; AND (ii) THE UNAUTHORIZED USE OF YOUR ONLINE ID AND PASSWORD COULD CAUSE YOU TO INCUR LIABILITY TO BOTH BLIP MARKETING AND OTHER USERS. Further, we may suspend or cancel your account or your access to the Site and/or the Service at any time with or without notice if we suspect that your account and/or password is being used in an unauthorized or fraudulent manner.

**10. Limitation of Liability.**

IN NO EVENT WILL BLIP MARKETING, OUR AFFILIATES, OFFICERS, MEMBERS, MANAGERS, DIRECTORS, AGENTS AND/OR EMPLOYEES (COLLECTIVELY, THE "BLIP MARKETING GROUP") BE LIABLE FOR ANY LOST PROFITS OR DATA OR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE DAMAGES ARISING OUT OF, BASED ON, OR RESULTING FROM OUR SITES OR SERVICE, THESE TERMS, YOUR USE OF THE SITE OR THE SERVICE AND/OR ANY TRANSACTION BETWEEN PROVIDERS AND PROSPECTS OR BETWEEN SITE USERS, GENERALLY, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THESE LIMITATIONS AND EXCLUSIONS APPLY WITHOUT REGARD TO WHETHER THE DAMAGES ARISE FROM (i) BREACH OF CONTRACT, (ii) BREACH OF WARRANTY, (iii) STRICT LIABILITY, (iv) TORT, (v) NEGLIGENCE, OR (vi) ANY OTHER CAUSE OF ACTION, TO THE MAXIMUM EXTENT SUCH EXCLUSION AND LIMITATIONS ARE NOT PROHIBITED BY APPLICABLE LAW. IF YOU ARE DISSATISFIED WITH THE SITE OR THE SERVICE, IF YOU DO NOT AGREE WITH ANY PART OF THESE TERMS, OR IF YOU HAVE ANY OTHER DISPUTE OR CLAIM WITH OR AGAINST THE BLIP MARKETING GROUP, ANOTHER USER OR THE SITE WITH RESPECT TO THESE TERMS OR THE SITE ITSELF, THEN YOUR SOLE AND EXCLUSIVE REMEDY AGAINST US IS TO DISCONTINUE USING THE SITE AND THE SERVICE. IN ALL EVENTS, OUR LIABILITY, AND THE LIABILITY OF ANY MEMBER OF BLIP MARKETING, TO YOU OR TO ANY THIRD PARTY IN ANY CIRCUMSTANCE ARISING OUT OF OR IN CONNECTION WITH THE SITE OR THE SERVICE, IN THE AGGREGATE FOR ANY AND ALL CLAIMS, IS LIMITED TO $100.00.

**11. Disclaimer of Warranties.**
The Sites and the service, including all content, software, functions, services, materials and information made available on or accessed through the Sites or the service, are provided "as is." We expressly disclaim all express or implied warranties, including, without limitation, non-infringement, merchantability, fitness for a particular purpose, completeness and accuracy. To the fullest extent permissible by law, we make no representations or warranties of any kind whatsoever for the content on the Sites or the services, materials, information and functions made accessible by the software used on or accessed through the Sites or the service, for any products or services or hypertext links to third parties, or for any breach of security associated with the transmission of sensitive information through the Sites or any linked site. We do not warrant that the functions contained in the Sites or any services, materials or content contained therein will be uninterrupted or error free, that defects will be corrected, or that the Sites or the server that makes it available is free of viruses or other harmful components. Some jurisdictions do not allow the exclusion of implied warranties, so the above exclusion may not apply to you.

**12. Release.**
In the event that you have a dispute with one or more other users of the Site (including, without limitation, any dispute between any Provider and Prospect regarding any transaction), you hereby agree to release, remise and forever discharge the site and each member of the Blip Marketing, each of their respective agents, directors, officers, members, managers, employees, successors and all other related persons or entities from any and all manner of rights, claims, complaints, suits, demands, causes of action, proceedings, liabilities, obligations, legal fees, costs, and disbursements of any nature whatsoever, whether known or unknown, which now or hereafter arise from, relate to, or are connected with such dispute and/or your use of the Sites or the service. If you are a California resident, you waive California civil code section 1542, which says: "a general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which, if known by him or her must have materially affected his or her settlement with the debtor" (or any equivalent statutory provision with a

similar import or intent). If you are a resident of a state other than California, you explicitly waive the terms and protections of any statute of your own state that has a similar import or intent.

**13. Indemnity.**
You hereby agree to indemnify, defend and hold the Site and each member of Blip Marketing (collectively, the "indemnified parties") harmless from and against any and all liability and costs (including, without limitation, attorneys' fees and costs) incurred by the indemnified parties in connection with any claim arising out of your use of the Sites (including, without limitation, any dispute between a provider and prospect regarding any transaction), any act (or failure to act) by you or other users of your account or any breach by you of these terms or the representations, warranties and covenants made by you herein. You shall cooperate as fully as reasonably required in the defense of any claim. Blip Marketing reserves the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you and you shall not in any event settle any matter without our prior written consent.

**14. Dispute Resolution.**
**Arbitration**
SHOULD A DISPUTE ARISE BETWEEN YOU AND BLIP MARKETING (OR, WITH RESPECT TO DISPUTES INVOLVING YOUR DATA SUBMITTED THROUGH ANY SITE OR THE SERVICE, BETWEEN YOU AND ANY PERSON WHO PURCHASES SUCH DATA) CONCERNING THE TERMS AND CONDITIONS OF THESE TERMS, THE BREACH OF SAME BY ANY PARTY HERETO, ANY DATA SUBMITTED BY YOU, THE SITE OR SERVICE OR ANY OTHER PRODUCTS OR SERVICES PROVIDED BY BLIP MARKETING, YOU AGREE TO SUBMIT THE DISPUTE FOR RESOLUTION BY ARBITRATION BEFORE THE AMERICAN ARBITRATION ASSOCIATION IN ACCORDANCE WITH ITS THEN CURRENT COMMERCIAL ARBITRATION RULES AND THE SUPPLEMENTARY PROCEDURES FOR CONSUMER RELATED DISPUTES (COLLECTIVELY, "AAA RULES"), AS MODIFIED BY THESE TERMS. SUCH ARBITRATION SHALL BE ADMINISTERED BY A SINGLE ARBITRATOR. The arbitrator is bound by these Terms and must issue a written decision sufficient to explain the essential findings and conclusions on which an award is based. All issues are for the arbitrator to decide, except that issues relating to the scope and enforceability of the arbitration provisions in this Section are for a court to decide. ANY AWARD RENDERED SHALL BE FINAL AND CONCLUSIVE TO THE PARTIES, AND A JUDGMENT THEREON MAY BE ENTERED IN ANY COURT OF COMPETENT JURISDICTION. IN THE EVENT THAT ONE OF THE PARTIES TO THE DISPUTE IS A PERSON WHO PURCHASES YOUR DATA SUBMITTED THROUGH THE SITE OR THE SERVICE, THEN SUCH ARBITRATION SHALL BE CONDUCTED IN A LOCATION CONVENIENT TO YOU; OTHERWISE, THE ARBITRATION SHALL BE CONDUCTED IN PHILADELPHIA, PENNSYLVANIA. YOU MAY OPT OUT OF THIS ARBITRATION REQUIREMENT BY NOTIFYING BLIP MARKETING IN WRITING AT 614 S. 4th STREET, #366, PHILADELPHIA, PA 19147 THIRTY (30) DAYS AFTER SUBMITTING YOUR DATA THAT IS INVOLVED IN THE DISPUTE. NOTHING HEREIN SHALL BE CONSTRUED TO PRECLUDE ANY PARTY FROM SEEKING INJUNCTIVE RELIEF IN ANY COURT OF COMPETENT JURISDICTION IN ORDER TO PROTECT ITS INTELLECTUAL PROPERTY OR CONFIDENTIAL INFORMATION.

**Class-Action Waiver**
TO THE EXTENT PERMITTED BY LAW, YOU AGREE THAT YOU WILL NOT BRING, JOIN OR PARTICIPATE IN ANY CLASS ACTION LAWSUIT, CLASS-WIDE ARBITRATION, CLAIMS BROUGHT IN A REPRESENTATIVE CAPACITY OR CONSOLIDATED CLAIMS AS TO ANY CLAIM, DISPUTE OR CONTROVERSY THAT YOU MAY HAVE AGAINST BLIP MARKETING OR ITS AFFILIATES (OR, WITH RESPECT TO CAUSES OF ACTION INVOLVING YOUR DATA SUBMITTED THROUGH THE SITE OR THE SERVICE, AGAINST ANY PERSON WHO PURCHASES SUCH DATA),

AND/OR THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS, MEMBERS, MANAGERS, SHAREHOLDERS, REPRESENTATIVES AND ASSIGNS. YOU AGREE TO THE ENTRY OF INJUNCTIVE RELIEF TO STOP SUCH A LAWSUIT OR TO REMOVE YOU AS A PARTICIPANT IN THE SUIT. YOU AGREE TO PAY THE ATTORNEYS' FEES AND COURT COSTS THAT BLIP MARKETING OR ANY PERSON PURCHASING YOUR DATA INCURS IN SEEKING SUCH RELIEF. THIS PROVISION PREVENTING YOU FROM BRINGING, JOINING OR PARTICIPATING IN CLASS ACTION LAWSUITS AND OTHER CONSOLIDATED CLAIMS IS AN INDEPENDENT AGREEMENT AND DOES NOT CONSTITUTE A WAIVER OF ANY OF YOUR RIGHTS AND REMEDIES TO PURSUE A CLAIM INDIVIDUALLY AND NOT AS A CLASS ACTION IN BINDING ARBITRATION AS PROVIDED ABOVE. ANY PERSON WHO PURCHASES DATA SUBMITTED BY YOU THROUGH THE SITE OR SERVICE SHALL BE DEEMED A THIRD-PARTY BENEFICIARY OF THE FOREGOING PROVISIONS IN THIS SECTION AND SHALL BE ABLE TO ENFORCE SUCH PROVISIONS DIRECTLY AGAINST YOU. Further, unless both you and Blip Marketing agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. If this specific provision is found to be unenforceable, then the entirety of this arbitration provision shall be null and void

**Forum for Certain Disputes that Are Not Arbitrated**
Should a dispute arise between you and Blip Marketing and should the arbitration provisions herein become inapplicable or unenforceable, the parties agree that jurisdiction over and venue of any suit shall be exclusively in the state and federal courts sitting in Philadelphia, Pennsylvania, and you hereby consent to the exercise of jurisdiction and venue by such courts. If either party employs attorneys to enforce any right in connection with a dispute or lawsuit, the prevailing party shall be entitled to recover reasonable attorneys' fees.

**15. No Agency.**
The relationship between Blip Marketing and each user is that of independent contractors, and no agency, partnership, joint venture, employee-employer or franchisor-franchisee relations is intended or created by these Terms or your use of the Site.

**16. Notices.**
Except as explicitly stated otherwise, written notices, including all legal notices, to us must be given by certified postal mail, return receipt requested, to:

Blip Marketing
614 S. 4th Street, #366
Philadelphia, PA 19147
Attn: Legal Dept.

Blip Marketing may communicate electronically or by postal mail with you about these Terms or the Services. We may send you notice at any email address you may provide to the Site during a registration process or when submitting an inquiry (as applicable). Notice shall be deemed given upon receipt or 24 hours after email is sent, unless the sending party is notified that the email address is invalid. Alternatively, we may give you notice by certified mail, postage prepaid and return receipt requested or by national courier service, to any address provided to us during a registration process or when submitting an inquiry (as applicable).

**17. Amendments.**

We reserve the right, in our sole discretion, to change, modify, add or remove any portion of these Terms, in whole or in part, at any time. We will post a revised version of these Terms on the Sites and the revised Terms will be effective immediately thereafter. Your submission of an inquiry and/or other use of the Sites following the posting of any such change, modification or amendment to these Terms will constitute your acceptance of the amendments. When we post changes to these Terms, we will revise the "last updated" date at the top of these Terms. You should periodically review the "last updated" date at the top of these Terms so that you can familiarize yourself with any changes.

**18. Copyright Infringement.**

As Blip Marketing asks others to respect its intellectual property rights, it respects the intellectual property rights of others, and requires its users to do so. If you are a copyright owner or an agent thereof and believe in good faith that any third-party Content on the Sites infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C.A. 512(c)(3) for further detail): (i) a physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; (ii) identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works on or available through our Sites are covered by a single notification, a representative list of such works at those locations; (iii) identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit Blip Marketing to locate the material; (iv) information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an electronic mail address; (v) a statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and (vi) a statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

You acknowledge that if you fail to comply with all of the requirements of this Section, your DMCA notice may not be valid. In the event that you believe Blip Marketing removed any of your Content in response to a false notice of copyright infringement, you should notify Blip Marketing promptly in writing pursuant to the DMCA, at the mailing address provided above. Such notification should include: (i) your physical or electronic signature; (ii) identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled; (iii) a statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and (iv) your name, address, telephone number, and email address, a statement that you consent to the jurisdiction of the U.S. District Court for the Eastern District of Pennsylvania, and a statement that you will accept service of process from the person who provided notification of the alleged infringement. Furthermore, you should include a clear statement of your acceptance of process pertaining to the notifying party or the agent of the party as defined in DMCA § 512(c)(1)(C). If a counter-notice is received by the Copyright Agent, Blip Marketing may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed Content or cease disabling it in ten (10) business days. Unless the copyright owner files an action seeking a court order against the Content provider or user, the removed Content may be replaced, or access to it restored, in ten (10) to fourteen (14) business days or more after receipt of the counter-notice, at our sole and absolute discretion. Blip Marketing has a policy of terminating the account of, or denying access or use

of the Site to, in its sole and absolute discretion, any user who repeatedly infringes the copyrights or other intellectual property rights of others.

Blip Marketing's designated Copyright Agent to receive notifications of claimed infringement:

Blip Marketing - Copyright Agent
614 S. 4th Street, #366
Philadelphia, PA 19147

For clarity, only DMCA notices should go to the Copyright Agent; any other feedback, comments, requests for technical support, and other communications should be directed to Blip Marketing's customer service info@blipmarketing.co.

**19. Links to Third-Party Sites.**
This Site may contain links and pointers to other Internet sites that are not owned or controlled by Blip Marketing. Blip Marketing has no control over, and assumes no responsibility for the products, services, content, privacy policies or practices of any third-party website or application. Links to and from the Site to other sites, maintained by third parties, do not constitute an endorsement by us of such third-party sites or the contents, products or services thereof. You expressly relieve Blip Marketing from any and all liability arising from your use of any linked third-party website or application. Accordingly, we encourage you to be aware when you leave our Site and to read the terms and conditions and Privacy Policy of each website or application that you access or use.

**20. Miscellaneous.**
**Choice of Law**
These Terms shall be treated as though they were executed and performed in the Commonwealth of Pennsylvania and shall be governed by and construed in accordance with the laws of the United States of America and Commonwealth of Pennsylvania without regard to conflict of law principles.

**Other Terms**
We may immediately and in our sole discretion terminate any user's access to or use of the Site due to such user's breach of these Terms or our Privacy Policy, or other unauthorized use of the Site. Any claim or cause of action you may have hereunder or with respect to your use of the Sites or the Service must be commenced within one (1) year after the claim or cause of action first arises. Our failure to exercise or enforce any right or provision of these Terms shall not constitute a waiver of any such right or provision. If for any reason a court of competent jurisdiction or an arbitrator finds any provision of these Terms, or portion thereof, to be unenforceable, that provision shall be enforced to the maximum extent permissible so as to effect the intent of these Terms, and the remainder of these Terms shall continue in full force and effect. Except for Sections 12, 13 and 14 above, these Terms do not give rise to any third-party beneficiary rights. All provisions of these Terms shall survive any termination hereof, except for those provisions (like licenses) that are revocable or, by their context, are not intended to survive termination. You may not assign any of your rights or delegate any of your obligations under these Terms; Blip Marketing may assign or delegate these Terms in whole or in part.

**Your Record of These Terms**

We do not separately file the Terms entered into by each user of the Site. Please make a copy of these Terms for your records by printing and/or saving a downloaded copy of the Terms on your personal computer.

**21. Feedback and Questions.**

We welcome your comments, feedback, suggestions, and other communications regarding the Site and the information and services we make available through the Site (collectively, "Feedback"). Please contact us with Feedback at info@blipmarketing.co. Please note our separate address for legal correspondence, above.

If you provide Feedback, you hereby grant to Blip Marketing a worldwide, non-exclusive, transferrable, assignable, sub-licensable, perpetual, irrevocable, royalty-free license to copy, distribute, create derivative works of, publicly display and perform and otherwise exploit such Feedback and to use, make, have made, sell, offer for sale, import and export products and services based on such Feedback. For this reason, we ask that you not send Blip Marketing any Feedback that you do not wish to license to us as set forth above.



Medicare has neither reviewed nor endorsed this information. Not connected with or endorsed by the U.S. government or the federal Medicare program. This is a solicitation of insurance. A licensed insurance agent/producer may contact you.

Copyright 2022 MedicarePlansNow. All rights reserved.