**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated, | : | Case No. 4:22-CV-00424-MWB |
| Plaintiff, | : | Hon. Matthew W. Brann |
| v. | : | |
| LOCUST MEDICAL, LLC | : | |
| Defendant. | : | |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO CERTIFY CLASS**

AND NOW, this ______ day of ___________, 2024, upon consideration of Plaintiff's Motion To Certify Class in Class Action Complaint, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____________________________________
Matthew W. Brann
Chief United States District Judge