DE BEOF LUCCHESI, P.C.
Faith M. Lucchesi, Esq.
1402 S. Atherton Street
State College, PA 16801
814-231-4050
Faith@dlasc.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated, | : : : | Case No. 4:22-CV-00424-MWB |
| Plaintiff, | : : | Hon. Matthew W. Brann |
| v. | : : | |
| LOCUST MEDICAL, LLC | : : | |
| Defendant. | : : | |

## **EXHIBIT LIST**

Plaintiff's Exh. 1:   Deposition of Locust Medical, LLC, representative George Spadaro

Plaintiff's Exh. 2:   Central Tact/Locust Medical, LLC contract

Plaintiff's Exh. 3:   Plaintiff's pre-litigation Demand Letter

Plaintiff's Exh. 4:   Plaintiff's Opt-In to receive information

Plaintiff's Exh. 5:   Blip Marketing Terms and Conditions

By: /s/ Faith M. Lucchesi
*Counsel for Defendant*