DocuSign Envelope ID: CAE13D29-418C-4C19-AAE5-1CCF209E97B6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated, | : | Civil File No. 4:22-cv-424-MWB |
| Plaintiff, | : | |
| v. | : | **CLASS ACTION** |
| LOCUST MEDICAL, LLC | : | |
| Defendant. | : | |

**DECLARATION OF ANDREW ROMAN PERRONG**

1. My name is Andrew Roman Perrong. I am over 18 years old and an attorney licensed in, *inter alia*, Pennsylvania.

2. I am the owner of Perrong Law LLC, a telemarketing and consumer protection class action law firm.

3. I can testify competently to the undersigned statements.

4. I have personal knowledge of the facts set forth herein.

5. I have extensive technical experience, including in the field of telephony.

6. Prior to my career as an attorney, I was the owner of AndyMedia Computer Services, which provided managed IT services and telephone services to businesses throughout the Philadelphia area.

7. Specifically, I have deployed and maintained telephone systems for over ten years. These systems include both conventional and Voice over IP (VoIP), and include Nortel, Meridian, Mitel, NEC, Panasonic, Merlin, and Asterisk systems.

8. I also have extensive experience using the statistical analysis software SPSS to conduct data analysis.

DocuSign Envelope ID: CAE13D29-418C-4C19-AAE5-1CCF209E97B6

9. Originally released by IBM in 1968, SPSS is a widely-used and powerful software program for running multivariate statistical analysis. It is used especially in the social sciences and in advertising and marketing, and is relied upon by multiple government agencies, and is well received in those industries because it is simple, powerful, and accurate.

10. As part of this litigation and for the purposes of class certification, class counsel, Anthony Paronich of Paronich Law, P.C. requested that I analyze an Excel file produced in discovery to ascertain which numbers, if any, are listed on the National Do Not Call Registry.

11. I understand the file to include a list of customers who had purchased medical equipment as a result of telephone calls arising from Locust's relationship with Central Tact.

12. The file contains 5,977 unique entries, but only 1,012 entries contained telephone numbers. These telephone numbers comprise the "Unmodified Dataset."

13. In order to run the Unmodified Dataset through SPSS, I needed to remove one record which was not a valid telephone number, split several entries which had multiple phone numbers, removed duplicate numbers, and removed extraneous text like parentheses and dashes. This work resulted in a Dataset of 965 telephone numbers.

14. Perrong Law LLC maintains access to the National Do Not Call Registry through Subscription Account Number 1040XXXX-50XXXX-24.

15. I then loaded both the Dataset and the National Do Not Call Registry into SPSS to analyze which, if any, numbers in the Dataset were on the National Do Not Call Registry.

16. The results of the SPSS data analysis revealed 647 telephone numbers ("DNC Numbers") of the 965 number dataset were on the Registry. I possess the output of the DNC Numbers, together with the Dataset, and can provide them to the Court.

DocuSign Envelope ID: CAE13D29-418C-4C19-AAE5-1CCF209E97B6

17. Although technically-oriented, this analysis does not require scientific, technical, or otherwise specialized knowledge. Any individual possessing an adequate knowledge of computing, together with the appropriate data and tools, can conduct this analysis.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this 1st day of May, 2024, at Pennsylvania,

DocuSigned by:
Andrew Roman Perrong
9A31FD2CC91D429...

Andrew Roman Perrong