# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERARD JACKSON, individually and
on behalf of all others similarly situated,

        Plaintiff,

    v.

LOCUST MEDICAL, LLC,

        Defendant.

No. 4:23-CV-00424

(Chief Judge Brann)

## ORDER

**MAY 24, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Plaintiff Gerard Jackson's Motion to Amend Complaint (Doc. 31) is **DENIED** and;

2.    Plaintiff Gerard Jackson's Motion to Certify Class (Doc. 32) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge