**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERARD JACKSON,<br><br>Plaintiff,<br>v.<br><br>LOCUST MEDICAL, LLC,<br><br>Defendant. | NO. 4:22-cv-00424-MWB<br><br>(Judge Brann) |

**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff, GERARD JACKSON (“Plaintiff”), and Defendant, LOCUST MEDICAL, LLC (“Defendant”) by and through their respective undersigned counsel stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-captioned matter is dismissed with prejudice, with each party to bear its own costs.

Dated: July 18th, 2024.

Respectfully Submitted,

By:<u>/s/ Jeffrey M. Bower</u>
Jeffrey M. Bower, Esq.
BOWER LAW ASSOCIATES, PLLC
403 South Allen Street, Suite 210
State College, PA 16801
(814) 234-2626 Telephone
(814) 237-8700 Fax
jbower@bower-law.com
PA 18266
*Counsel for Plaintiff*

By: ______________________
Faith M. Lucchesi, Esq.
DE BOEF LUCCHESI, PC
1402 S. Atherton Street
State College, PA 16801
Voice: (814) 231-4050
Faith@DLASC.com
PA ID No. 86323
*Counsel for Defendant*